DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THERESA LOUISE BATSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-680

[August 26, 2021]

Appeal of order denying rule 3.800 motion from the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 56-2008-CF-004134-A.

Theresa Louise Batson, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***